UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00207 ERW |
| ) | |
| FRANK L. ZERJAV, SR., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendants' Motion for Additional Time [doc. #138] is **GRANTED**. Defendants shall file their response to the pending Motion to Quash no later than **August 6, 2009**.

Dated this 23rd Day of July, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE