# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:08CV00207 ERW |
| FRANK L. ZERJAV, SR., et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Allison F. Stenger's Motion to Compel Neutral Monitor Fees [ECF No. 278].

Ms. Stenger is the Court-appointed neutral monitor. Defendants were ordered by the Court to pay for the costs of the neutral monitor. Defendants have failed to pay a remaining balance of $10,532.75, which was due by March 31, 2017. Defendants shall immediately pay the remaining balance and any interest owed on the unpaid amount. Defendants shall also show cause, no later than May 24, 2017, why they should not be held in contempt of court for failure to pay the Neutral Monitor's fees.

Accordingly,

**IT IS HEREBY ORDERED** that Allison F. Stenger's Motion to Compel Neutral Monitor Fees [ECF No. 278 is **GRANTED**.

Dated this 3rd Day of May, 2017.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE

1